IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Anthonee Patterson, | : | |
|     Appellant | : | |
| | : | No.  1312 C.D. 2016 |
|     v. | : | |
| | : | |
| Kenneth Shelton, Individually, and | : | |
| President of the Board of Trustees | : | |
| of the General Assembly of the | : | |
| Church of the Lord Jesus Christ | : | |
| of the Apostolic Faith, Inc. | : | |

## ***ORDER***

AND NOW, this 22 day of December, 2017, upon consideration of the emergency application of Anthonee Patterson seeking clarification of this Court's prior decision and order dated November 29, 2017, it appearing that said decision erroneously referenced the May 10, 2006 order of the Court of Common Pleas of Philadelphia County (trial court) as confirming a previous order by an arbitrator, the same is hereby amended to reflect that the trial court's order confirming the arbitrator's award was duly entered on July 10, 2006, and judgment was entered in favor of Patterson by trial court order dated July 20, 2006.[1]  Any attempts to enforce these orders is more properly directed to the trial court following final disposition by this Court, including Shelton's application for reargument.

             _____
             PATRICIA A. McCULLOUGH, Judge

---

[1] A similar order was entered by the trial court on October 12, 2006, entering judgment in favor of Patterson.  Additionally, the final adjudication and decree of the arbitrator was entered as an order of the trial court on April 17, 2017.  These orders, dated July 10 and 20, 2006, October 12, 2006, and April 17, 2017, collectively represent the last valid judgments in this case.